No. 631.   DAVID GOLDSMITH ET AL., PLAINTIFFS IN ERROR, v. ALFRED C. F. MEYER. In error to the Supreme Court of the State of Missouri. March 4, 1918. Dismissed per stipulation. *Mr. David Goldsmith* for plaintiffs in error. *Mr. Hickman P. Rodgers* for defendant in error.

---

No. 229.   PETER MARSHALL, PLAINTIFF IN ERROR, v. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY. In error to the Supreme Court of the State of Minnesota. March 18, 1918. Dismissed with costs, pursuant to the tenth rule. *Mr. Harlan E. Leach* for plaintiff in error. *Mr. McNeil V. Seymour* for defendant in error.

---

No. 779.   OREGON-WASHINGTON RAILROAD AND NAVIGATION COMPANY, PLAINTIFF IN ERROR, v. THURSTON COUNTY, STATE OF WASHINGTON, ET AL. In error to the Supreme Court of the State of Washington. March 20, 1918. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. Arthur C. Spencer* for plaintiff in error. No appearance for defendants in error.

---

No. 806.   NAVY YARD ROUTE, PLAINTIFF IN ERROR, v. H. E. DEVLIN. In error to the District Court of the United States for the Western District of Washington. March 21, 1918. Dismissed, per stipulation. *Mr. Ira Bronson* for plaintiff in error. *Mr. Thomas R. Shepard* for defendant in error.

---

No. 746.   JAMES HALLAGAN ET AL., PLAINTIFFS IN ERROR, v. SIMEON A. DOWELL. In error to the Supreme

246 U. S. Cases Disposed of Without Consideration by the Court.

Court of the State of Iowa. March 22, 1918. Dismissed with costs, on motion of counsel for plaintiffs in error. *Mr. James P. Flick* for plaintiffs in error. No appearance for defendant in error.

---

No. 262. CHICAGO, BURLINGTON & QUINCY RAILROAD COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* ST. PAUL ASSOCIATION OF COMMERCE ET AL. In error to the Supreme Court of the State of Minnesota. March 28, 1918. Dismissed with costs, on motion of counsel for the plaintiffs in error. *Mr. Asa G. Briggs, Mr. E. C. Lindley, Mr. W. H. Bremner, Mr. James B. Sheean, Mr. McNeil V. Seymour, Mr. Edward M. Hyzer, Mr. Carl C. Wright, Mr. Charles W. Bunn, Mr. Charles Donnelly, Mr. F. W. Root* and *Mr. Alfred H. Bright* for plaintiffs in error. *Mr. Thomas D. O'Brien* for defendants in error.

---

No. 287. PEDRO GUTIERREZ, PLAINTIFF IN ERROR, *v.* WALTER B. GRANT, SOLE SURVIVING EXECUTOR OF THE WILL AND ESTATE OF FRANK B. COTTON, DECEASED. In error to the District Court of the United States for the Western District of Texas. April 1, 1918. Dismissed, per stipulation. *Mr. A. Seymour Thurmond* for plaintiff in error. *Mr. T. J. Beall* and *Mr. Walter B. Grant* for defendant in error.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF THE UNITED STATES, PETITIONER. Motion for leave to file information for contempt submitted January 14, 1918. Discontinued April 15, 1918, on motion of *The Solicitor General* for the United States.